AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HEXLASTUDIOS, a Wyoming Limited Liability Company <br><br> *Plaintiff(s)* <br><br> v. <br><br> Mariah Angelique Perez also known as Mariah Angeliq, an Individual; UBRAN OUTFITTERS, Inc., a Pennsylvania Corporation; PENSKE MEDIA CORPORATION, a Delaware Corporation <br><br> *Defendant(s)* | Civil Action No. 2:23-CV-03168 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PENSKE MEDIA CORPORATION, a Delaware Corporation
11175 Santa Monica Boulevard
Los Angeles, CA 90025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Enso Law L.L.P
David R Welch [SBN 251693]
Marcus Whittemore [SBN 343279]
500 S Grand Ave, Suite 1800
Los Angeles, CA 90071

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/27/2023

*Signature of Clerk or Deputy Clerk*