**SINGH, SINGH & TRAUBEN, LLP**
MICHAEL A. TRAUBEN (SBN: 277557)
 mtrauben@singhtraubenlaw.com
THOMAS K. RICHARDS (SBN: 310209)
 trichards@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

*Attorneys for Defendants*
MARIAH ANGELIQUE PÉREZ, URBAN OUTFITTERS, INC. *and* PENSKE MEDIA CORPORATION

**ENSO LAW, L.L.P.**
DAVID R. WELCH (SBN 251693)
SEUNGJAI OH (SBN 333996)
600 Wilshire Blvd. Suite 890
LOS ANGELES CALIFORNIA 90017
TELEPHONE: (213) 596-9008

*Attorneys for Plaintiffs*
HEXLASTUDIOS LLC and ABDULLAH WEBSTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEXLASTUDIOS, a Wyoming limited liability company, and ABDULLA WEBSTER, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARIAH ANGELIQUE PEREZ also known as Mariah Angeliq, an individual, URBAN OUTFITTERS, Inc., a Pennsylvania corporation, and PENSKE MEDIA CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No.: 2:23-cv-03168 GW (KSx)<br><br>The Honorable George H. Wu<br>Courtroom 9D<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>Action Filed:   April 27, 2023<br>Trial Date:     None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs, HEXLASTUDIOS, LLC and ABDULLA WEBSTER (collectively, "**Plaintiffs**"), on the one hand, and defendants MARIAH ANGELIQUE PÉREZ, PENSKE MEDIA CORPORATION, and URBAN OUTFITTERS, INC. (collectively, "**Defendants**"), on the other hand, hereby jointly stipulate to the dismissal of this entire action as against all parties **<u>with prejudice</u>**, including, but not limited to, the dismissal of Plaintiffs' third amended complaint with prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

**DATED**: December 5, 2024       Respectfully submitted,

**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN**

By:   */s/ Michael A. Trauben*
         Michael A. Trauben

*Attorneys for Defendants*
MARIAH ANGELIQUE PÉREZ, URBAN OUTFITTERS, INC. *and* PENSKE MEDIA CORPORATION

**DATED**: December 5, 2024       Respectfully submitted,

**ENSO LAW, L.L.P.**
**DAVID R. WELCH**

By:   */s/ David R. Welch*
         David R. Welch

*Attorneys for Plaintiffs*
HEXLASTUDIOS LLC *and* ABDULLAH WEBSTER

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4 ATTESTATION

I, the undersigned attorney, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

December 5, 2024

By:   */s/ David R. Welch*
      David R. Welch