1  **SINGH, SINGH & TRAUBEN, LLP**
   **MICHAEL A. TRAUBEN** (SBN: 277557)
2     mtrauben@singhtraubenlaw.com
   **THOMAS K. RICHARDS** (SBN: 310209)
3     trichards@singhtraubenlaw.com
   400 S. Beverly Drive, Suite 240
4  Beverly Hills, California 90212
   Tel: 310.856.9705 | Fax: 888.734.3555
5

6  *Attorneys for Defendants*
   MARIAH ANGELIQUE PÉREZ, URBAN OUTFITTERS, INC. *and*
7  PENSKE MEDIA CORPORATION

8  **ENSO LAW, L.L.P.**
   DAVID R. WELCH (SBN 251693)
9  SEUNGJAI OH (SBN 333996)
   600 Wilshire Blvd. Suite 890
10 LOS ANGELES CALIFORNIA 90017
   TELEPHONE: (213) 596-9008
11

12 *Attorneys for Plaintiffs*
   HEXLASTUDIOS LLC and ABDULLAH WEBSTER
13

14                  **UNITED STATES DISTRICT COURT**

15                  **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| HEXLASTUDIOS, a Wyoming limited liability company, and ABDULLA WEBSTER, an individual,<br><br>    Plaintiffs,<br><br>   v.<br><br>MARIAH ANGELIQUE PEREZ also known as Mariah Angeliq, an individual, URBAN OUTFITTERS, Inc., a Pennsylvania corporation, and PENSKE MEDIA CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No.: 2:23-cv-03168 GW (KSx)<br><br>The Honorable George H. Wu<br>Courtroom 9D<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>Action Filed:    April 27, 2023<br>Trial Date:      None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs, HEXLASTUDIOS, LLC and ABDULLA WEBSTER (collectively, "**Plaintiffs**"), on the one hand, and defendants MARIAH ANGELIQUE PÉREZ, PENSKE MEDIA CORPORATION, and URBAN OUTFITTERS, INC. (collectively, "**Defendants**"), on the other hand, hereby jointly stipulate to the dismissal of this entire action as against all parties **with prejudice**, including, but not limited to, the dismissal of Plaintiffs' third amended complaint with prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

**DATED**: December 5, 2024          Respectfully submitted,

**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN**

By:  /s/ Michael A. Trauben
       Michael A. Trauben

*Attorneys for Defendants*
MARIAH ANGELIQUE PÉREZ, URBAN OUTFITTERS, INC. *and* PENSKE MEDIA CORPORATION

**DATED**: December 5, 2024          Respectfully submitted,

**ENSO LAW, L.L.P.**
**DAVID R. WELCH**

By:  /s/ David R. Welch
       David R. Welch

*Attorneys for Plaintiffs*
HEXLASTUDIOS LLC *and* ABDULLAH WEBSTER

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4 ATTESTATION

I, the undersigned attorney, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

December 5, 2024

By: __/s/ David R. Welch__
David R. Welch